Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mails: tanya@@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

GERARDO HERNANDEZ,

        Plaintiff,

      vs.

L&S ENERGY, INC.; JOHN J. JAHAN,
Trustee of THE JAHAN FAMILY TRUST
Dated 06.11.2007; SHARAREH Z. JAHAN,
Trustee of THE JAHAN FAMILY TRUST
Dated 06.11.2007;

        Defendants.

Case No. 5:23-cv-02438-NC

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: August 29, 2023          MOORE LAW FIRM, P.C.

                                    */s/ Tanya E. Moore*
                                      Tanya E. Moore
                                      Attorney for Plaintiff,
                                      Gerardo Hernandez

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION